GEORGE PEISH *et al.*, Respondents, *v.* STEAMBOAT MAGNOLIA, Appellant.

1. Mitchell v. Steamboat Magnolia, *ante*, p. 67, affirmed.

*Appeal from St. Louis Circuit Court.*

*Sharp & Broadhead*, for appellant.

*Rankin & Hayden*, for respondents.

WAGNER, Judge, delivered the opinion of the court.

The facts in this case are similar in all respects with those in the case of Mitchell v. Steamboat Magnolia, *ante*, p. 67. For the reasons given in that case, the judgment here will be affirmed. The other judges concur.